■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE J. DAVIS, Appellant. (Appeal No. 2.) [754 NYS2d 617] —Appeal from a judgment of Oswego County Court (Hafner, Jr., J.), entered August 16, 2001, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Davis* (302 AD2d 973 [2003]). Present—Pigott, Jr., P.J., Green, Scudder, Kehoe and Lawton, JJ.